An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| THE STATE OF NEVADA, ON RELATIONS OF ITS DEPARTMENT OF TRANSPORTATION,<br><br>Appellant,<br>vs.<br>THE ALEXANDER GENDALL AND LILY GENDALL TRUST; AND CARMIC, INC., A NEVADA CORPORATION,<br><br>Respondents. | No. 65918<br><br>FILED<br><br>OCT 2 2 2014<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:  Hon. Valorie J. Vega, District Judge
Chapman Law Firm, P.C/Las Vegas
Attorney General/Las Vegas
Attorney General/Carson City
Law Offices of Kermitt L. Waters
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-35214